AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____  NEVADA (RENO)

JOAQUIN L. GIBSON

          Plaintiff (s),

V.

JOSEPH LOMBARDO, ET AL

          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:20-cv-00012-JADWGC

Notice is hereby given that, subject to approval by the court, __JOAQUIN L. GIBSON__ substitutes
(Party (s) Name)

__THOMAS J. GIBSON__, State Bar No. __3995__ as counsel of record in
(Name of New Attorney)

place of __JOAQUIN L. GIBSON__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Nye Legal
    Address: 1601 E. Basin Ave., Ste 302, Pahrump, NV 89060
    Telephone: 775-209-1035      Facsimile (775) 624-9778
    E-Mail (Optional): thomas@nyelegal.com

I consent to the above substitution.
Date: _Joaquin L. Gibson_ 9/15/20

           x _Joaquin L. Gibson_
           (Signature of Party (s))

I consent to being substituted.
Date: x _____ 9/15/20

           x _Joaquin L. Gibson_
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 09/18/2020

           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 21, 2020      _William G. Cobb_
                                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]