1 ROBERT W. FREEMAN
Nevada Bar No. 3062
2 Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
3 Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
4 LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5 Las Vegas, Nevada 89118
702.893.3383
6 FAX: 702.893.3789
Attorneys for Defendants
7 Sherriff Joseph Lombardo; Officer Cory Franklin,
and Sgt. Eric Hutchason

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

\*\*\*

| | |
|---|---|
| JOAQUIN L. GIBSON,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, C. FRANKLIN, E. HUTCHASON, JOHN DOES 1-6,<br><br>Defendants. | CASE NO. 3:20-cv-00012-JAD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>ECF No. 18, 20 |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff JOAQUIN L. GIBSON ("Plaintiff") and Defendants JOSEPH LOMBARDO, Officer C. FRANKLIN, and E. HUTCHASON ("Defendants"), by and through their respective counsel of record, that all of the claims and causes of action contained in the above-entitled action (Case No.: 3:20-cv-00012-JAD-

...

...

...

...

...

...

...

4838-9971-4772.1

WGC) shall be dismissed in their entirety, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 18 day of December, 2020

NYE LEGAL

By: _____
THOMAS J. GIBSON
Nevada Bar No. 3995
1601 E. Basin Avenue
Suite 302
Pahrump, Nevada 89060
*Attorney for Plaintiff*

DATED this 22 day of December, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
ROBERT W. FREEMAN
Nevada Bar No. 03062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs.  As this case is over, the motion to withdraw as counsel **[ECF No. 18] is DENIED** as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 23, 2020